# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI

| | | |
|---|---|---|
| GARRY MANNING, | **:** | Case No.: |
| 344 S Elm St | | |
| Harrison, OH 45030 | **:** | **COMPLAINT** |
|         Plaintiff, | | |
| | **:** | **Jury Demand Endorsed Hereon.** |
| vs. | | |
| | **:** | |
| MEADE & ASSOCIATES, INC., | | |
| an Ohio corporation. | **:** | |
| c/o Brian D. Meade | | |
| Lewis Center, OH 43005 | **:** | |
| | | |
|         Defendant. | **:** | |

**NOW COMES THE PLAINTIFF, GARRY MANNING, BY AND THROUGH COUNSEL**, Jeffrey Berenholz, and for his Complaint against the Defendant, pleads as follows:

## VENUE

1. Venue is proper in the Southern District of Ohio as the Defendant conducts business in the state of Ohio.

## PARTIES

2. Garry Manning ("Manning") is an individual residing in Harrison, Ohio in Hamilton County.

3. Meade & Associates, Inc. ("Meade") is an Ohio corporation that conducts business in the state of Ohio.

## GENERAL ALLEGATIONS

4. Defendant is attempting to collect a consumer debt allegedly owed by Plaintiff to The Kroger Company in the amount of $221.00 ("the alleged Debt").

5. On or about October 9, 2017, Mr. Manning obtained his credit files and noticed that Defendant reported the alleged Debt.

6. On or about November 21, 2017, Mr. Manning submitted a letter to Defendant disputing the alleged Debt.

7. On or about February 6, 2018, Mr. Manning obtained his Trans Union credit file and noticed that Defendant failed to flag the alleged Debt as disputed, in violation of the FDCPA.

8. Mr. Manning has suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff reincorporates the preceding allegations by reference.

10. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

11. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

12. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

13. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692e(8): Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

14. By communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a

disputed debt is disputed, defendant violated this provision of the FDCPA when it failed to flag the alleged Debt as disputed on Mr. Manning's Trans Union credit file.

15. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendant for Statutory Damages; Actual Damages for pecuniary, economic and emotional damages and loss; Attorney's Fees and the costs of this action.

Dated: March 5, 2018

Respectfully submitted,

*/s/Jeffery S. Berenholz*
Jeffrey S. Berenholz, Esq.
Jeffrey S. Berenholz, LLC
3401 Enterprise Parkway, Suite 340
Beachwood, Ohio 44122
(216) 766-57956 P
(216) 766-5796 F
jeff@jeffblaw.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

*/s/Jeffrey S. Berenholz*
Jeffrey S. Berenholz
*Attorney for Plaintiff*